IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

      Plaintiff,                              No. CIV S-05-0678 FCD JFM PS

    vs.

UNITRIN, INC., et al.,

      Defendants.                        ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed April 7, 2005, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed April 7, 2005 and plaintiff has not yet served defendants with summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall show cause, in writing, within ten days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m); and

/////

2. The status conference, set for August 25, 2005, is vacated.

DATED: August 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; pulido.osc