IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

        Plaintiff,                    CIV S-05-0678 FCD JFM PS

    v.

UNITRIN, INC., ET AL.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed September 19, 2005, this court directed plaintiff to file, within thirty days, proof of service indicating service of process in compliance with Federal Rule of Civil Procedure 4(h) and service of a copy of the September 19, 2005 order on defendants. Plaintiff was cautioned that failure to effect service and file the requisite return of service with the court within the time specified would result in a recommendation that this action be dismissed. Thirty days have now passed, and plaintiff has not filed an opposition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within

1

1 ten days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED: November 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; pulido.ftc