IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

    Plaintiff,                    CIV S-05-0678 FCD JFM PS

    v.

UNITRIN, INC., ET AL.,

    Defendants.              ORDER TO SHOW CAUSE

_____/

        On February 15, 2006, defendant Kemper filed an answer and a counterclaim against plaintiff Pulido. On February 15, 2006, plaintiff was served by mail with a copy of the counterclaim. Pursuant to Fed. R. Civ. P. 12, plaintiff had twenty days to file a reply to the counterclaim. Twenty days have now passed and plaintiff has not filed an answer or otherwise responded to the counterclaim. On March 23, 2006, defendant Kemper filed a request to enter default against plaintiff for failing to timely file a reply.

        Good cause appearing, plaintiff shall show cause, within ten days, why default should not be entered for her failure to timely file a reply.

        Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order, plaintiff shall show cause why her default should not be entered.

DATED: March 28, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

/01; pulico.osc2