IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

    Plaintiff,                               No. CIV S-05-0678 FCD JFM PS

    vs.

UNITRIN, INC., et al.,

    Defendants.

_____/

KEMPER AUTO AND HOME
INSURANCE COMPANY,

    Defendant and Third Party
    Plaintiff,

    vs.

JOEL VELAZQUEZ and ROES 1-100,

    Third Party Defendants.             <u>ORDER</u>

_____/

        This matter came on regularly for status conference April 13, 2006.  Plaintiff appeared in propria person.  Joel Velazquez appeared in propria persona.  Peter A. Meshot appeared for defendants.  Upon hearing from plaintiff, Mr. Velazquez and counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

1

1  Plaintiff requested an extension of time so that she could obtain counsel to
2  represent her.  Good cause appearing, plaintiff's request will be granted.  This matter will be
3  continued to May 18, 2006.  At that time, this matter will proceed either through newly retained
4  counsel or with plaintiff acting in propria persona.  Both plaintiff and Joel Velazquez will be
5  present at the May 18, 2006 hearing unless represented by counsel at that time.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The status conference is continued to May 18, 2006, at 11:00 a.m. in
8  Courtroom #25 before the undersigned; and
9  2. The Clerk of the Court is directed to serve a copy of this order on cross-
10 defendant Joel Velazquez, 13 Meadow View Drive, Colusa, California  95932.
11 DATED:  April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; pulico.oasc

2