1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NORA PULIDO,

11         Plaintiff,                    CIV S-05-0678 FCD JFM PS

12       v.

13   UNITRIN, INC., ET AL.,              ORDER AND

14         Defendants.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16         Defendants' October 20, 2005 motion to dismiss came on regularly for hearing on

17   December 8, 2005.  Plaintiff Nora Pulido appeared in propria persona.  Peter Meshot made a

18   special appearance for defendants.  After hearing from plaintiff and counsel, defendants' motion

19   to dismiss was held in abeyance for sixty days and plaintiff was granted an extension of time to

20   accomplish service of process on the proper defendants to this action.  (See December 15, 2005

21   Order.)  On April 13, 2006, this matter was continued for further status conference on May 18,

22   2006, to allow plaintiff time to retain counsel.  Plaintiff Nora Pulido appeared in propria persona.

23   Peter Meshot appeared for defendant Kemper.  Joel Velazquez appeared at the hearing, but had

24   not filed a responsive pleading.

25         Upon review of the motion and the documents in support and opposition, and the

26   entire file of this matter, upon hearing the arguments of plaintiff and counsel and good cause

1

1    appearing therefor, THE COURT FINDS AS FOLLOWS:

2            Plaintiff has accomplished service of process on Kemper Auto and Home, which

3    filed an answer on February 15, 2006.  In light of that answer, Kemper's motion to dismiss will

4    be deemed withdrawn.

5            As noted in this court's December 15, 2005 order, Unitrin, Inc. was not the proper

6    defendant named herein.  (Id. at 2.)  The insurance company set forth on a document dated July

7    29, 2003 and entitled "Premium Refund," was Unitrin Direct, P.O. Box 9602, Vista, California."

8    (Id. at 2.)  Plaintiff has not provided any evidence to the contrary.  Accordingly, defendants'

9    motion to dismiss Unitrin, Inc. should be granted.

10           Plaintiff has filed no declaration attesting to service of process on Unitrin Direct

11   Insurance Company.  (December 15, 2005 Order at 3.)  Pursuant to Federal Rule of Civil

12   Procedure 4(m), the court may dismiss an action where service of summons is not made within

13   120 days after the filing of the complaint.  In the order setting status conference, filed April 7,

14   2005, plaintiff was cautioned that this action may be dismissed if service was not timely

15   completed.  By order filed December 15, 2005, plaintiff was granted an additional sixty days in

16   which to accomplish service of process on defendants.

17           On February 9, 2006, plaintiff filed a declaration attesting to service of process on

18   Kemper Auto and Home Insurance on February 1, 2006.  However, no declaration concerning

19   service of process on defendant Unitrin Direct Insurance Company has been filed.  This action

20   was filed April 7, 2005 and plaintiff has not yet served defendant Unitrin Direct Insurance

21   Company with summons, despite the fact that the court provided plaintiff with its registered

22   agent for service of process in the December 15, 2005 order.  (See Order at 3.).

23           By this court's December 15, 2005 order, plaintiff was cautioned that failure to

24   timely comply with that order would result in a recommendation that this action be dismissed.

25   Plaintiff has not responded to that order and has apparently made no effort to serve defendant

26   Unitrin Direct Insurance Company with summons.  Accordingly, defendant Unitrin Direct

1   Insurance Company should also be dismissed.  Fed. R. Civ. P. 4(m).

2   During the April 13, 2006 status conference, plaintiff stated she intended to file a

3   response to the counter claim but requested additional time to retain a lawyer.  Mr. Velazquez

4   stated he would be filing a responsive pleading.  However, neither plaintiff nor Mr. Velazquez

5   have, to date, filed a counter claim response or responsive pleading, respectively.  Service of

6   process was personally accomplished on Mr. Velazquez on March 25, 2006.  (See Docket No.

7   34.)  Good cause appearing, defendant's April 21, 2006 request for entry of default will be

8   granted.  The Clerk of the Court will be directed to enter clerk's default as to Joel Velazquez and

9   plaintiff Pulido.

10   Although plaintiff Pulido stated she had retained an attorney, no attorney has

11   appeared on her behalf or filed a substitution of attorney confirming representation.

12   In light of the above, IT IS HEREBY ORDERED that:

13   1.  Defendant Kemper's October 20, 2005 amended motion to dismiss is deemed

14   withdrawn;

15   2.  Defendant's April 21, 2006 request for entry of default is granted;

16   3.  The Clerk of the Court is directed to enter clerk's default as to Joel Velazquez;

17   4.  The Clerk of the Court is directed to enter clerk's default as to plaintiff

18   Pulido's failure to reply to the counter-claim; and

19   5.  The Clerk of the Court is directed to serve a copy of this order on cross-

20   defendant Joel Velazquez, 13 Meadow View Drive, Colusa, California  95932.

21   IT IS HEREBY RECOMMENDED that:

22   1.  The October 20, 2005 amended motion to dismiss filed by defendant Unitrin,

23   Inc. be granted; and

24   2.  Defendant Unitrin Direct Insurance Company be dismissed from this action.

25   These findings and recommendations are submitted to the United States District

26   Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

1  after being served with these findings and recommendations, any party may file written

2  objections with the court and serve a copy on all parties.  Such a document should be captioned

3  "Objections to Findings and Recommendations."  The parties are advised that failure to file

4  objections within the specified time may waive the right to appeal the District Court's order.

5  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6  DATED:  May 23, 2006.

7

8                                                UNITED STATES MAGISTRATE JUDGE

9

10  001; pulido.4mfr

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26