IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

    Plaintiff,                            No. CIV S-05-0678 FCD JFM PS

    vs.

UNITRIN, INC., et al.,

    Defendant.

_____/

KEMPER AUTO AND HOME
INSURANCE COMPANY,

    Defendant and Third Party
    Plaintiff,

    vs.

JOEL VELAZQUEZ and ROES 1-100,

    Third Party Defendants.           ORDER

_____/

        This matter came on regularly for status conference May 18, 2006. Plaintiff Nora Pulido appeared in propria persona. Peter Meshot appeared for defendant Kemper. Joel Velazquez was present in the courtroom, but had not filed a responsive pleading. On May 12,

1  2006, defendant Kemper filed a third scheduling statement.  Plaintiff has not filed a status report.

2  Upon consideration of defendant's statement on file in this action and good cause appearing

3  therefor, THE COURT ORDERS AS FOLLOWS:

4      1.  The parties shall exchange lists of expert witnesses no later than August 31,

5  2006.  The parties are reminded of their obligation to supplement these disclosures when

6  required under Fed. R. Civ. P. 26(e)(1).

7      2.  Discovery shall be completed, and all motions pertaining to discovery shall be

8  noticed to be heard, by September 29, 2006.

9      3.  Dispositive motions shall be noticed to be heard by November 30, 2006.

10      4.  The pretrial conference is set for March 15, 2007 at 1:30 p.m. in courtroom

11  # 25.  Pretrial statements shall be filed pursuant to Local Rule 16-281.

12      5.  Court trial of this matter is set for June 26, 2007 at 9:00 a.m. in courtroom #2

13  before the Honorable Frank C. Damrell.  The parties shall file trial briefs pursuant to Local Rule

14  16-285.

15      6.  The Clerk of the Court is directed to serve a copy of this order on cross-

16  defendant Joel Velazquez, 13 Meadow View Drive, Colusa, California  95932.

17  DATED:  May 23, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; pulico.oasc