IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

    Plaintiff,                     No. CIV S-05-0678 FCD JFM PS

    vs.

UNITRIN, INC., et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 24, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 24, 2006, are adopted in full;

1

1      2.  The October 20, 2005 amended motion to dismiss filed by defendant Unitrin,
2  Inc. is granted; and
3      3.  Defendant Unitrin Direct Insurance Company is dismissed from this action.
4  DATED: June 15, 2006

6                                    /s/ Frank C. Damrell Jr.
                                   FRANK C. DAMRELL JR.
7                                    United States District Judge