IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

      Plaintiff,                         No. CIV S-05-0678 FCD JFM PS

    vs.

UNITRIN, INC., etc., et al.,

      Defendants.               <u>ORDER</u>

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On November 20, 2006, defendant Kemper Home and Auto Insurance Company filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

/////

1

be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of December 21, 2006 is vacated. Hearing on defendants' motion for summary judgment is continued to January 25, 2007 at 11:00 a.m. in courtroom no. 27.

2. Plaintiff shall file opposition, if any, to the motion for summary judgment, no later than January 18, 2007. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 19, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; pulido.noop

2