IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORA PULIDO,

    Plaintiff,     No. CIV S-05-0678 FCD JFM PS

  vs.

UNITRIN, INC., et al.,

    Defendants.     ORDER

_____/

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On January 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed January 30, 2007, are adopted in full;

3  2. Defendant Kemper Home and Auto Insurance Company's November 20, 2006 motion for summary judgment is granted.

3.  Defendant Kemper Home and Auto Insurance Company's third party complaint is dismissed.

4.  This action is dismissed.

DATED: March 8, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE